1
2
3
4
5
6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RODNEY MICHAEL CIELTO, | ) | No. EDCV 11-1750 VBF (FFM) |
|---|---|---|
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| MATTHEW CATE, CDCR DIRECTOR, | ) ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: 1-17-12

*Valerie Baker Fairbank*

VALERIE B. FAIRBANK
United States District Judge